THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GUY R. SODERLIND, personal representative of the Estate of Charlotte J. Soderlind,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>JP MORGAN CHASE BANK N.A., a National Association Bank,<br><br>　　　　　　Defendant. | CASE NO. C21-0316-JCC<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motion to extend the deadline for Mr. Soderlind to respond to J.P. Morgan's motion to dismiss and the noting date of the motion (Dkt. No. 9). The Court GRANTS the motion, EXTENDS Plaintiff's deadline to respond to the motion until April 19, 2021, and DIRECTS the Clerk to renote the motion for April 30, 2021.

//

//

//

//

MINUTE ORDER
C21-0316-JCC
PAGE - 1

DATED this 9th day of April 2021.

William M. McCool<br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk