THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY R. SODERLIND, personal representative of the ESTATE of CHARLOTTE J. SODERLIND,<br><br>Plaintiff,<br><br>v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>Defendant. | CASE NO. C21-0316-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Honorable John C. Coughenour, United States District Judge, hereby RECUSES himself from further proceedings in this case. The case is to be REASSIGNED in rotation.

DATED this 31st day of August 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-0316-JCC
PAGE - 1